UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SEAN SCOTT,

Plaintiff,

-against-

OSGOOD LLC, 1225 MANAGEMENT LLC and JACOB LANDAU,

Defendants.

No. 12 CIV. 0150 (RRM) (RER)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Sean Scott and defendants Osgood LLC, 1225 Management LLC, and Jacob Landau, through their counsel, hereby submit this stipulation of dismissal with prejudice with respect to all claims and counterclaims against all parties, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. The parties agree to dismiss this action, including all claims and counterclaims, with prejudice, but without costs or attorneys' fees to any party. However, the Court shall retain jurisdiction for purposes of adjudicating any disputes that may arise under the Settlement Agreement entered into by the parties on January 11, 2013.

Dated: January 11, 2013
**ROBERT WISNIEWSKI P.C.**

By: ______________________
Robert Wisniewski (RW-4308)
225 Broadway, Suite 1020
New York, New York 10007
Tel: (212) 267-2101
Email: rw@rwapc.com
***Attorney for Plaintiff***

Dated: January 11, 2013
**HODGSON RUSS LLP**

By: ______________________
Jacqueline I. Meyer (JM-2400)
1540 Broadway, 24th Floor
New York, New York 10036
Telephone: (212) 751-4300
Email: jmeyer@hodgsonruss.com
***Attorneys for Defendants***